UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                          CASE NO: 6:19-cr-127-Orl-31LRH

ROBERT W. KURRLE

## ORDER

This Matter comes before the Court on the United States' Unopposed Motion for an Order to Deposit Funds and Disburse (Doc. 26).

After reviewing the Motion, the Court finds that to best serve the purpose of Kurrle's anticipated restitution and/or monetary penalties, the Clerk of Court shall accept Kurrle's prejudgment payments. The unopposed motion is **GRANTED**.

It is hereby ordered that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment, the Clerk of the Court shall withdraw and apply the deposited funds to the criminal monetary penalties and/or restitution imposed against the defendant as provided by law and in accordance with the Clerk's standard operating procedures.

**DONE** and **ORDERED** in Orlando, Florida on July 24, 2019.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office

United States Pretrial Services Office
Counsel for Defendant